PROB 12(3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 JUL 20 AM 6:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Linda Greer  02-20404  Docket No. 2:02CR20404-01

### Petition on Probation and Supervised Release

**COMES NOW** Brenda L. Carpten, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Ms. Linda Greer, who was placed on supervision by the Honorable Bernice B. Donald, United States District Judge, sitting in the Court at Memphis, Tennessee on the 25th day of July, 2003 who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall seek and maintain lawful full-time employment.

2. Restitution in the amount of $36,212.00. (Balance of $35,212.00)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Greer has remained employed as a staff accountant for Parker Hannifin Corporation since 1999. Ms. Greer has not completed payment of the Court ordered restitution; however, she has completed the $600.00 Court ordered special assessment and has paid $1000.00 toward her restitution. During the course of supervision, Ms. Greer paid $100.00 monthly on a consistent basis toward her financial obligation. Ms. Greer has signed a payment agreement with the United States Attorney's Office wherein she has agreed to pay $100.00 per month until her restitution balance is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Greer's Probation terminate as scheduled on July 24, 2005 with the understanding that the United States Attorney's Office/Financial Litigation Unit will pursue collection of the restitution.

**ORDER OF COURT**

Considered and ordered this 19 day of July, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

Brenda L. Carpten
U.S. Probation Officer

Place: Memphis, Tennessee

Date: July 12, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:02-CR-20404 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT